**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **OHIO REPUBLICAN PARTY, et al.** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Case No. 2:08CV913** |
| **v.** | : | |
| | : | **JUDGE SMITH** |
| **JENNIFER BRUNNER,** | : | |
| **Secretary of State of Ohio,** | : | **MAGISTRATE JUDGE KING** |
| | : | |
| **Defendant** | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Ohio Secretary of State Jennifer Brunner in the above captioned case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the order denying the Defendant's motion to transfer venue issued on the 28th of September, 2008 and the order granting in part the Plaintiffs' motion for a temporary restraining order issued on the 29th of September, 2008.

Respectfully submitted,

**NANCY H. ROGERS
ATTORNEY GENERAL**

*/s Richard N. Coglianese*
Richard N. Coglianese (0066830) Trial Attorney
Aaron D. Epstein (0063286)
Damian W. Sikora (0075224)
Daniel C. Roth (DC Bar Number 503236)
Assistant Attorneys General
Constitutional Offices
30 East Broad Street, 16th Floor
Columbus, Ohio 43215-3400
aepstein@ag.state.oh.us
(614) 466-2872 – phone

(614) 728-7592 – fax

Attorneys for Defendant
Jennifer Brunner
Ohio Secretary of State

### Certificate of Service

This is to certify a copy of the foregoing notice of appeal was served by means of the Court's electronic filing system on this 29th day of September, 2009.


*/s Richard N. Coglianese*
Richard N. Coglianese